# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0099
_____

AUBREY JAMES LUKER,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____


On appeal from the Circuit Court for Santa Rosa County.
Clifton Alan Drake, Judge.


June 3, 2026

PER CURIAM.

Aubrey Luker appeals his judgment and sentence for first-degree murder, challenging the denial of his motion for judgment of acquittal, the admission of photographs depicting him in jail attire and handcuffs, and the trial court's failure to hold a competency hearing or enter a written order adjudicating Luker competent. We affirm and write only to address the competency issue.

After Luker moved for a competency evaluation, the trial court appointed an expert who concluded that Luker was competent to stand trial. Thereafter, the trial court neither held a competency hearing nor entered a written competency order. Because nothing in Luker's motion or the record provided

"reasonable grounds" to doubt Luker's competency to proceed, the trial court did not commit fundamental error. *Hicks v. State*, 391 So. 3d 620, 624 (Fla. 1st DCA 2024), *review granted sub nom. Hicks v. Florida*, No. SC2024-1182, 2025 WL 2622056 (Fla. Sept. 11, 2025); *accord Davis v. State*, 394 So. 3d 801, 804 (Fla. 1st DCA 2024); *Awolowo v. State*, 389 So. 3d 788, 798 (Fla. 1st DCA 2024).

AFFIRMED.

RAY, WINOKUR, and TREADWELL, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and Justin F. Karpf, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Michael L. Schaub, Assistant Attorney General, Tallahassee, for Appellee.